**The Honorable Marsha J. Pechman**

Christopher W. Tompkins
Natasha A. Khachatourians
Betts Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington, 98101-3927
Telephone: 206-292-9988
ctompkins@bpmlaw.com
nkhachatourians@bpmlaw.com

James F. Rogers
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Meridian
Columbia, South Carolina 29021
Telephone: 803-799-2000
jim.rogers@nelsonmullins.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HARVEY L. TALBERT, | No.: 2:19-cv-01468-MJP |
| Plaintiffs, | |
| v. | |
| C. R. BARD INCORPORATED, BARD PERIPHERAL VASCULAR, INCORPORATED, | |
| Defendants. | |

## TRIAL SCHEDULE ORDER

JOINT (PROPOSED) SCHEDULING ORDER
No. 2:19-cv-01468-MJP  - 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Plaintiff Harvey Talbert and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") (Plaintiffs and Bard are collectively referred to herein as "the Parties"), respectfully move this Court to issue a scheduling order for the reasons set forth below:

1. On August 17, 2015, the Judicial Panel on Multidistrict Litigation ("JPML") ordered that centralization pursuant to 28 U.S.C. § 1407 was appropriate for cases involving allegations of defects in the various models of Bard's IVC filters. Thereafter, a multidistrict litigation proceeding ("MDL") was created before the Honorable David G. Campbell, in the District of Arizona, known as the *In Re: Bard IVC Filters Products Liability Litigation*, MDL 2641.

2. The above-styled case was pending in the *In Re: Bard IVC Filters Products Liability Litigation*, MDL 2641.

3. On August 20, 2019, the MDL Court entered a *Suggestion of Remand and Transfer Order*. *See* Suggestion of Remand and Transfer Order, Case No. 2:15-md-02641-DGC, MDL Doc. 19899 (D. Ariz. August 20, 2019). As part of its *Suggestion of Remand and Transfer Order*, the MDL Court provided a history of the litigation (including that the Parties had completed all common fact and expert discovery), summaries of bellwether cases, and the Court's rulings on various matters common to all cases. *See id.* at 6–31.

4. Case-specific discovery in the above-styled case that was conducted before or during the time it was a part of MDL 2641 was minimal and limited to the submission of basic plaintiff and defense profile forms. Consequently, the Parties will need to conduct case-specific discovery. The Parties note that the medical record collection process alone typically takes at least three months.

5. The Parties are in the process of discussing case management orders similar to the following orders signed by the court in the MDL 2641: Joint Stipulation for Entry of Protective Order, attached hereto as Exhibit A, and Case Management Orders, attached hereto as Exhibits B

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

(Case Management Order No. 14), Exhibit C (Case Management Order No. 21), and Exhibit D (Case Management Order No. 12). The Parties are hopeful that they will reach consensus on these case management orders but need additional time. If the parties cannot reach agreement, they will notify the Court as to the dispute within 60 days of this filing.

6. The Parties respectfully move the Court to enter a scheduling order for case-specific discovery, case-specific dispositive motions and case-specific *Daubert* motions (if any), with the deadlines set forth below.

| Proposed Date | Deadline |
| --- | --- |
| Wednesday, December 18, 2019 | Rule 26(a) disclosures to be filed by the Parties. |
| Friday, January 17, 2020 | Plaintiff will produce the completed Plaintiff Fact Sheet and related information utilized in the In re: C. R. Bard, Inc. IVC Filter MDL. The Parties agree that the terms incorporated into the Plaintiff Fact Sheet form adopted in MDL 2641 and Federal Rules of Civil Procedure 26, 33, 34, and 37 shall apply to the completion and supplementation of the Plaintiff Fact Sheet. |
| Tuesday, February 18, 2020 | Defendants will produce the Defendant's Fact Sheet and related information utilized in the In re: C. R. Bard, Inc. IVC Filter MDL. The Parties agree that the terms incorporated into the Defendant Fact Sheet form adopted in MDL 2641 and Federal Rules of Civil Procedure 26, 33, 34, and 37 shall apply to the completion and supplementation of the Plaintiff Fact Sheet. |
| July 10, 2020 | Fact Discovery deadline |
| July 24, 2020 | Expert reports by Plaintiff |
| August 7, 2020 | Plaintiff's experts deposed |
| August 21, 2020 | Expert reports by Defendants |
| September 4, 2020 | Defendants' experts deposed |

JOINT (PROPOSED) SCHEDULING ORDER
No. 2:19-cv-01468-MJP       - 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

| Proposed Date | Deadline |
| --- | --- |
| September 18, 2020 | Disclosure of rebuttal expert reports |
| October 16, 2020 | Any rebuttal experts deposed |
| October 16, 2020 | Expert discovery cut off |
| November 16, 2020 | Filing of *Daubert* motions and other dispositive motions |
| February 8, 2021 | Motions in Limine |
| March 1, 2021 | Pretrial Order |
| March 1, 2021 | Trial Brief |
| March 1, 2021 | Voir Dire/Jury Instructions |
| March 4, 2021 at 1:30 PM | Pretrial Conference |
| March 15, 2021 at 9:00 AM | Trial commences |

**Dated December 3, 2019.**

_____

Marsha J. Pechman
United States District Judge

JOINT (PROPOSED) SCHEDULING ORDER
No. 2:19-cv-01468-MJP         - 4 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988