Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARVEY L. TALBERT,

                Plaintiff,

vs.

C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,

                Defendants.

NO. 2:19-cv-01468 RSM

JOINT AMENDED SCHEDULING ORDER

The Court sets the following amended deadlines:

| Amended Dates | Deadline |
| --- | --- |
| Sept. 10, 2020 | Fact Discovery deadline |
| Sept. 21, 2020 | Expert reports by Plaintiff |
| Oct. 5, 2020 | Plaintiff's experts deposed |
| Oct. 19, 2020 | Expert reports by Defendants |
| Nov. 2, 2020 | Defendants' experts deposed |

JOINT AMENDED SCHEDULING ORDER
NO. 2:19-cv-01468 RSM

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1608366/070920 1014/8284-0005

| Nov. 9, 2020 | Disclosure of rebuttal expert reports |
|---|---|
| Nov. 13, 2020 | Any rebuttal experts deposed |
| Nov. 13, 2020 | Expert discovery cut off |
| Nov. 16, 2020 | Filing of Daubert motions and other dispositive motions |

DATED THIS 9th day of July, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT AMENDED SCHEDULING ORDER
NO. 2:19-cv-01468 RSM

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1608366