UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARVEY L. TALBERT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CR BARD INCORPORATED, ET AL.,<br><br>　　　　　　Defendants. | Case No.  C19-1468RSM<br><br>ORDER |

　　　The Court has been advised by the parties that they continue to pursue mediation in this matter.  Accordingly, the March 15, 2021, trial date in this matter is stricken, and all pending deadlines, including motion noting dates, are stayed.  The parties are directed to submit a status report to the Court within 90 days of the date of this order.

　　　DATED this 14th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE