**Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARVEY L. TALBERT,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>　　　　　　　　　　Defendants. | NO. 2:19-cv-01468 RSM<br><br>ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE |

The Court has considered the Joint Stipulated Motion to Dismiss Without Prejudice for the above-referenced case.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion to Dismiss Without Prejudice be GRANTED.

DATED this 13th day of August, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO
DISMISS WITHOUT PREJUDUCE
NO. 2:19-cv-01468 RSM

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1804761/081321 1327/8284-0013